**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William FELIX, a/k/a Willio Mode,
Defendant–Appellant.**

**No. 10–6411.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.

Decided: July 1, 2010.

William Felix, Appellant Pro Se. L. Patrick Auld, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Felix appeals the district court's orders denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Felix,* No. 6:93–cr–00140–WLO–PTS–2 (M.D.N.C. Feb. 24, 2010; Apr. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*